In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00344-CR
_____

IN RE RAYMOND YOUNG

_____

Original Proceeding
252nd District Court of Jefferson County, Texas
Trial Cause No. 92153

_____

MEMORANDUM OPINION

Relator Raymond Young filed a petition for writ of mandamus, in which he asked this Court to compel the trial judge to rule upon his post-conviction motion for forensic DNA testing. We requested a response from the State, and the State filed an appendix containing the trial court's appealable order, dated October 31, 2016, denying Young's motion. On November 9, 2016, Young filed a notice of appeal, which stated that he was appealing the trial court's order denying his motion, and we docketed that proceeding as No. 09-16-00432-CR, *Raymond Young v. The State of Texas*.

1

We conclude that because the trial court has now ruled upon Young's post-conviction motion for DNA testing, this original proceeding is moot. Accordingly, we dismiss the petition for writ of mandamus as moot.

PETITION DISMISSED.

PER CURIAM

Submitted on October 14, 2016
Opinion Delivered December 7, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.